# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| MIKE SWINDLE, individually and on behalf of all those similarly situated, ) ) ) Plaintiff, ) ) v. ) ) CROCKETT BROTHERS, INC., ) ) Defendant. ) ) | CIVIL ACTION NO.: 3:13-cv-197-TCB |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff and, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all claims against Defendant Crockett Brothers, Inc. in the above-styled civil action with prejudice. Each party shall pay its own fees and costs.

This 17th day of January, 2014.

                                                                                    __s/ Andrew Weiner_____
                                                                                    Andrew Weiner
                                                                                    Georgia Bar No. 808278
                                                                                    THE WEINER LAW FIRM LLC
                                                                                    3525 Piedmont Road
                                                                                    7 Piedmont Center, 3rd Floor
                                                                                    Atlanta, GA 30305
                                                                                    404-254-0842 (tel.)/866-800-1482 (fax)
                                                                                    aw@atlantaemployeelawyer.com
                                                                                    Attorney for Plaintiff

Case 3:13-cv-00197-TCB   Document 5   Filed 01/17/14   Page 2 of 2